# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Victor Alejandro FERNANDEZ SR. (1)<br>Victor Alejandro FERNANDEZ JR. (2),<br><br>　　　　　　Defendants. | Case No.: '22 MJ01276<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Sec. 841 (a)(1) –<br>Possession of a Controlled Substance<br>with Intent to Distribute (Felony);<br>Title 18, U.S.C., Sec. 2 – Aiding and<br>Abetting |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about April 12, 2022, within the Southern District of California, defendants, Victor Alejandro FERNANDEZ SR. and Victor Alejandro FERNANDEZ JR., did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately 50.78 kilograms (111.95 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

//

## Count 2

On or about April 12, 2022, within the Southern District of California, defendants, Victor Alejandro FERNANDEZ SR. and Victor Alejandro FERNANDEZ JR., did knowingly and intentionally possess, with intent to distribute, 400 grams and more, to wit: approximately 1.22 kilograms (2.69 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Dagoberto R. Cahue
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th day of April 2022

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On April 12, 2022, Drug Enforcement Administration (DEA) San Diego Field Division, San Diego County Integrated Narcotics Task Force (NTF) Special Agents (SAs) and Task Force Officers (TFOs), in conjunction with law enforcement from the San Diego Police Department, conducted a "buy-bust" operation utilizing a DEA Confidential Source (CS) to purchase 100 pounds of methamphetamine and approximately 10,000 fentanyl pills from Victor Alejandro FERNANDEZ SR. and Victor Alejandro FERNANDEZ JR., in the vicinity of the Ralphs parking lot located at 5680 Mission Center Road, San Diego, California 92108.

Law enforcement established surveillance in the Ralphs parking lot and, shortly after, observed a white Jeep Grand Cherokee bearing California license plates and registered to FERNANDEZ JR. (the Jeep), arrive in the lot. FERNANDEZ JR. was driving, and a Hispanic male (who was later positively identified as FERNANDEZ SR.) was seated in the front passenger seat of the Jeep.

Moments later, law enforcement observed the CS arrive and park an undercover vehicle (UCV) in the Ralphs parking lot. Thereafter, the CS contacted FERNANDEZ JR. via telephone and provided directions to FERNANDEZ JR. as to where he/she was parked. Shortly after, law enforcement observed FERNANDEZ JR. enter the UCV. The CS and FERNANDEZ JR. were then observed driving to the vicinity of a Subway parking lot located at 5608 Mission Center Road, San Diego, California 92108. Thereafter, the CS and FERNANDEZ JR. exited the UCV and approached a separate

vehicle where an undercover law enforcement officer displayed $100,000 cash to FERNANDEZ JR. The cash was promised after the deal was complete.

Subsequently, the CS and FERNANDEZ JR. returned in the UCV to the vicinity of the Ralphs parking lot. Law enforcement observed FERNANDEZ JR. exit the UCV and enter the Jeep.

Next, FERNANDEZ JR. and FERNANDEZ SR., riding in the Jeep, led the CS, driving the UCV, to a A-1 Self Storage located at 1501 Frazee Road, San Diego, California 92108. After arriving at the storage unit, FENANDEZ SR. exited the Jeep, introduced himself as FERNANDEZ JR.'s "father", and then both the CS and FERNANDEZ SR. helped direct FERNANDEZ JR. to back the Jeep into the storage unit.

Once the Jeep was parked inside the unit, FERNANDEZ SR. walked to the back of the Jeep and unloaded a large container from the inside of the Jeep and placed it on the floor. FERNANDEZ JR. held a bag. FERNANDEZ SR. and FERNANDEZ JR. displayed the contents of the container and bag, which appeared to be 100 individually-wrapped and numbered, one-pound packages of methamphetamine. FERNANDEZ JR. also showed approximately 10,000 counterfeit Oxycodone pills, which were contained inside two clear vacuum-sealed plastic bags, further contained inside a Goldfish brand cardboard container.

The bust signal was given by the CS moments later, and subsequently law enforcement arrested FERNANDEZ SR. and FERNANDEZ JR. without incident. Investigators located and seized approximately 10,000 counterfeit Oxycodone pills believed to be fentanyl, weighing approximately 1.22 kilograms (2.69 pounds), and

4

approximately 100 packages, weighing approximately 50.78 kilograms (111.95 pounds pounds), of suspected methamphetamine from the storage unit. (One of the 100 packages field-tested positive for methamphetamine.)

FERNANDEZ SR. and FERNANDEZ JR. were arrested and transported to San Diego County Jail. Federal prosecution was authorized on April 13, 2022, charging FERNANDEZ SR. and FERNANDEZ JR. with violating Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.